**98–1339.  State v. Blanton.**

Warren App. No. CA97–12–125.  Discretionary appeal allowed on Propositions of Law Nos. I and II only;  *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1384.  Cincinnati Indemn. Co. v. Martin.**

Butler App. No. CA97–12–248.  *Sua sponte,* cause consolidated with 98–1492, *supra.*

LUNDBERG STRATTON, J., dissents.

**98–1429.  State v. Brown.**

Franklin App. Nos. 97APA10–1368 and 97APA10–1369.  *Sua sponte,* cause consolidated with 98–1533, *supra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1431.  State v. Butler.**

Franklin App. No. 97APA10–1430.  *Sua sponte,* cause consolidated with 98–1534, *supra,* and held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.